IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01436-RPM

REYNA MITCHELL,

    Plaintiff,

v.

KIT CARSON COUNTY MEMORIAL HOSPITAL,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE
---

Pursuant to the Parties' Unopposed Motion to Dismiss with Prejudice, filed March 21, 2012 [13], it is

ORDERED that the motion is granted and this civil action is dismissed with prejudice, with the defendant reserving its right to request fees and costs incurred in this matter.

Dated:   March 21st , 2012

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge