IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01436-RPM

REYNA MITCHELL,

    Plaintiff,

v.

KIT CARSON COUNTY MEMORIAL HOSPITAL,

    Defendant.

**Minute Order Entered by Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

    The motion for taxable costs [15] is moot.  The Clerk handles bills of costs.

DATED: May 16, 2012